```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA

                 AT CHARLESTON
```

**KIMBERLY DAWN NEW,**

    **Plaintiff,**

**v.**                                             **Civil Action No. 2:12-1429**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**


<u>MEMORANDUM OPINION AND ORDER</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on August 30, 2013; and the magistrate judge having recommended that the court affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.  The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

    2.  The decision of the Commissioner be, and it hereby is, affirmed.

**The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.**

DATED: September 23, 2013

John T. Copenhaver, Jr.
United States District Judge